## BENJAMIN F. LARNED *versus* WILLIAM G. TAYLOR, BENJAMIN DAVIS AND WOLCOTT LAWRENCE

JOURNAL ENTRIES (1821): *Journal 3:* (1) Cognovit, judgment *p. 188; (2) judgment stricken, rule to plead *p. 213; (3) jury trial, verdict, judgment *p. 214; (4) sheriff sworn to attend jury *p. 214.

PAPERS IN FILE: (1) Precipe for process; (2) capias and return; (3) recognizance; (4) declaration and plea of non assumpsit; (5) panel of jurors; (6) verdict; (7) taxed bill of costs; (8) precipe for execution ca. sa.; (9) writ of ca. sa. and return; (10) notice of set off of real property; (11) notice of refusal to accept property as set off; (12) writ of fi. fa. and return; (13) promissory note.

*Office Docket*, MS p. 151, c. 78.  Recorded in *Book A*, MS pp. 107–12.